# Testimony:

From October 2023 until the present month of December 2024, the Antioch Marina/City of Antioch and its staff members have Exercised Discrimination and unfair rental practices against Marc Lucas. With the unlawful eviction and a violation of due process that is a criminal act against the Supremacy Clause and constitution of the United States, that has been committed by violating Marc Lucas unalienable rights through color of law. The opportunity to cure was presented to the City of Antioch/Antioch Marina and its representatives to provide proof of claim. The claim has not been made nor any evidence presented to substantiate any such claim under penalty and perjury with a notary seal. I have submitted the order attached to my "Notice of Default" for enforcement through the district court in my lawful process upholding my due process of law. As a competent American State National Assembly Member who breathes the air from the heavens and has blood flowing through the veins as a living, breathing being. I seek remedy from the court to indemnify the injured party and uphold and enforce my claim with prejudice.