# NOTICE OF DEFAULT
## 12/14/2024

9589 0710 5270 1133 0024 56
Certified Mail!

Marc Lucas

420 W 4th Street, Antioch California [94509]

Date: 11/13/2024 Original Date of Contract per gmail communication attached.

To, CITY OF ANTIOCH

Derek Traya, Brandon Kline

5 Marina Plaza, Antioch California 94509

Sub: Conditional Acceptance letter

Greetings Brandon Kline,

With reference to the offer made on 05/06/24 at 1:51 pm and again on 11/09/2024 at 11:39 am regarding court case PS24-0528 State Superior Court and now current court case number 24-cv-07473-DMR Federal District Court and my constitutional rights of 1776, my ability to have access to my personal property illegally held in your possession and my rights to offset any obligations through Constitutional Currency. I conditionally accept all offers made to date, if you can prove your claim through answering the following questions.

The following questions with answers are herein provided by Marc Lucas, in order to be established as a material fact and to be perfected into the administrative record by agreement of the parties.

1) Show that you have jurisdiction over Marc Lucas through documentation?

2) Show that the actions taken against Marc Lucas are lawful and constitutional and are in alignment with Federally Recorded Documentation of Record held with the California State

Assembly and authenticated through Contra Costa Counties Presiding Judge and 2 Clerks as a certified court record?

3) Show that the property/Boat in your possession at the Antioch Marina as of the date 10/31/2024 is being held illegally/unlawfully and is not stolen, along with all the items aboard, seeing the boat is held in a foreign trust with a land record recording with the California State Assembly?

4) Show that the court has authority over Marc Lucas through documentation?

5) Show that the Statutory Laws have Jurisdiction over Marc Lucas through documentation?

6) Show that the eviction of 10/31/2024 has authority over the court case [Notice of Removal} filed with the Pittsburg Superior Court received 10/29/2024 Case No. 24-ev-07473-DMR moved the Court Case to the Northern District Court that was purposely not processed by the Presiding Judge on 10/29/2024 and again on 10/31/2024 when the Sheriff's Contacted the Pittsburg Superior Court with physical evidence and again the Presiding Judge refused to do her job injecting personal bias into the legal matter?

7) Show documentation and certified mailing number that proves you dishonoured, rebutted or returned the SF 30, SF 1416, SF 1418, SF 1047, SF 1414, and SF 1449 submitted to the City Clerks of Antioch and Pittsburg for settlement of any outstanding debts and this documentation restructured the original rental contract of 10/10/2018 extended to 12/31/2027, also paying the taxes on this transaction?

8) Show that Marc Lucas gave consent to the opposing party for any actions against him through documentation?

9) Show that you provided the CP10, a security agreement and a 1099 for court case PS24-0528 to Marc Lucas the Owner of the transactional named account and paid the proper taxes on the solicitation transaction?

## AFFIDAVIT

Marc Lucas a living soul, over 18 years of age, being competent to testify and having firsthand knowledge of the facts herein, declares under penalty of perjury of the laws of The United States of America, that I have not been presented with any evidence, I have not seen any sworn affidavit that would provide validity to the assessment of accounting of the bill that shows that City of Antioch brought forward it's claim against Marc Lucas with it's own contracts/jurisdiction Marc Lucas does not believe that any such paperwork exists. **The Response must be made via affidavit with a notary seal affixed. Without it, anything wrong or omitted is perjury. (Rule 55 Governs this contract.)**

**ORDER FOR: New Terms and Conditions:** should CITY OF ANTIOCH / Derek Traya, Brandon Kline default on this Conditional Acceptance contract: I hereby instruct you Derek Traya, Brandon Kline, in your Public capacity as General Counsel & Director of Operations Officer and fiduciary over the above stated account, Remove the eviction and any inaccuracies, and errors off the record of Marc Lucas with the City of Antioch. Uphold the contract modification via SF 30 Authenticated Court record restructuring the original contract dated 10/18/2022, extending the new terms until 12/31/2027. All future settlements/setoffs on the account will be done on an annual basis via negotiable instrument/Constitutional Currency/Money Order. Termination or extention of this contract is at the sole discretion of the secured party/title holder **Marc Lucas**. These commands are to be communicated to all branches of The City Of Antioch's Government and employees.

This is an opportunity to cure is from the original date of 11/13/2024. Today's date is 11/23/2024 and you have 10 days to respond to this contract or you will be in default and the new terms and conditions will supersede all prior contracts with prejudice and will stand as truth. Respond to this contract no later than 12/03/2024 to avoid being in default and dishonor.

Kind Regards,

by: *[signature: Marc Lucas]*

**Marc Lucas/All Right Reserved/Without Prejudice**

Notary See Attached Jurat

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State Of: **California**
County Of: **Alameda**

Subscribed and sworn to *(or affirmed)* before me on the 23 day of November, 2024 by Marc Lucas,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: D. Fenn

D. FENN
COMM. # 2480081
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
MY COMMISSION EXPIRES
FEB. 19, 2028

Title of Document: Affidavit / Conditional Acceptance
Total Number of Pages including Attachment: 4 pages
Notary Commission Expiration Date: Feb. 19, 2028
Notary Commission Number: 2480081