Mail :  9589 0710 5270 1434 5794 11

The California
Assembly
Recorder

13101172203114
Recording Number

Nancy Ann Conway ©

12-19-24  Pages: 1

Date: 10/02/2024

Marc Severson Lucas
420
Antioch, California
Postal Code [94509]

Rena Bitter, Assistant Sec of State for Consular Affairs
Bureau of Consular Affairs
U.S. Department of State
600 19th Street NW
Washington, DC 20431

RE: Notice of Declaration of Political Status

Dear Assistant Secretary Rena Bitter,

This notice is to provide you a copy of my Declaration of Political Status that affirms that I have returned to my lawful birthright political status as a Washingtonian, and I claim my exemptions as stated in Federal Code 8 USC 1101 (a) 21.

Let it be clear that I am not a Territorial United States Citizen nor a Municipal Citizen of the UNITED STATES.

Please find enclosed a certified copy of my documents that have been published on the record at Alameda County, California.

With this notice, **please fully inform all federal, FEDERAL, state, STATE, county and COUNTY government departments of my political status correction** (i.e. State Department passport office, IRS, Internal Revenue Service, State of California department of revenue, State of California department of motor vehicles, California DMV, California Attorney General Rob Bonta, California Secretary of State Shirley Weber, Contra Costa County Attorney Thomas L Geiger, Contra Costa County Sheriff David Livingston, Contra Costa County Recorder Kristin B Connelly, Contra Costa County Assessor Gus Kramer , Contra Costa County Auditor Robert Campbell , Contra Costa County Court Administrator Taylor Wakefield, judicial district First District Court of Appeal and all the judicial districts in California) **noticing them that I am a living man, standing peacefully in honor on the land and soil jurisdiction. I am not a vessel, corporation, taxpayer, or dead entity in the maritime (water, administrative) jurisdiction.**

Again, let it be clear that I am not a Territorial United States Citizen nor a Municipal Citizen of the UNITED STATES.

Notice to Principals is notice to Agents. Notice to Agents is notice to Principals.

By: Marc Severson Lucas ©
Marc Severson Lucas ©
All Rights Reserved Without Prejudice




Encl: Declaration of Political Status, copy of my American State National Card