AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| City of Antioch ) | |
| Brandon Kline SBN 315431 ) | |
| Jessica Lomakin SBN 284640 ) | |
| Irene Islas, Elle Chaseton, Derek Traya ) | |
| David O. Livingston, Michael Casten ) | |
| Edward G. Weil ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  10/18/2024  in the county of  Contra Costa  in the Northern District of  Contra Costa , the defendant(s) violated:

*Code Section*  
(June 25, 1948, ch. 645, 62 Stat. 684

*Offense Description*  
Violation of Constitutional Rights, No jurisdiction over Marc Lucas, Injuries to the plantiff

This criminal complaint is based on these facts:

(June 25, 1948, ch. 645, 62 Stat. 684 Pub. L. 103-322, Title XXXIII, sec 330016 (1)(G). Sept 13, 1994, 108 Stat. 2147) 18 U.S.C 2333 Civil Remedies. Violation of Constitutional Rights. No Consent Given, No authority or Jurisdiction Established by the court.

☐ Continued on the attached sheet.

By: *[signature]*  
*Complainant's signature*

Marc Lucas  
*Printed name and title*

Sworn to before me and signed in my presence.

Date:

*Judge's signature*

City and state:

*Printed name and title*